# Criminal Case Cover Sheet   U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **07-00092**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name _____RICARDO UNPINGCO PALOMO_____

Alias Name _____

Address _____

_____Dededo, Guam_____

Birthdate __Xx/xx/1978__ SS# __xxx-xx-2884__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA _____KRISTIN D. ST. PETER_____

Interpreter: __X__ No ____Yes    List language and/or dialect: _____

**RECEIVED SEP 25 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ____ Petty __x__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1382 / 9 GCA 61.15(a) | Unlawful Entry | 3 |
| Set 2 | 18 USC 7(3) & 13 / 9 GCA 55.20( | Disorderly Conduct | 2 |
| Set 3 | 18 USC 7(3) & 13 | False Alarms | 1 |
| Set 4 | | | |

Date: __9/24/07__    Signature of AUSA: _[signature]_    (May be continued on reverse)