**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

CASE NO.: CR-07-00092     DATE: September 24, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori             Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 2:47:42 - 3:04:30
CSO: N. Edrosa

---

**APPEARANCES:**
Defendant: Ricardo Unpingco Palomo, Jr.     Attorney: Richard Arens
☒ Present ☒ Custody ☐ Bond ☐ P.R.          ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter            U.S. Agent: Special Agent Ray Ramirez
U.S. Probation: Stephen Guilliot            U.S. Marshal: V. Roman
Interpreter:                                Language:

---

**PROCEEDINGS: Initial Appearance**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Arraignment set for: October 4, 2007 at 10:30 AM
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: As a condition of detention, Court ordered defendant to undergo a psychological evaluation at the Deparment of Mental Health and Substance Abuse to determine whether he is competent to be proceeded against. DMHSA shall prepare and submit a written report within 10 days of this order, and the United States Marshals Service shall ensure that any prescribed medication or treatment is provided to the defendant.