# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00092                    DATE: October 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Virginia T. Kilgore |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 10:53:55 - 11:01:46 |
| CSO: F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Ricardo Unpingco Palomo, Jr. | Attorney: Richard Arens |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Kristin St. Peter | U.S. Agent: Ray Ramirez |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: D. Punzalan / V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Arraignment**
- Court informed parties that DMHSA has written a letter stating that they have a conflict evaluating Mr. Palomo. Parties agreed to refer defendant to Dr. Joan Gill for evaluation.
- Order to be prepared by the Court.
- Court addressed defense counsel's concern about his client not having received medical clearance. U.S. Marshal Punzalan to follow-up with DOC.
- Proceedings continued to: October 15, 2007 at 1:30 P.M.

NOTES: