# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00092          DATE: October 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia Kilgore / Francine Diaz          Electronically Recorded: 10:03:42 - 10:16:26

CSO: B. Pereda

**APPEARANCES:**
Defendant: Ricardo Unpingco Palomo, Jr.          Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter and Ben Beliles          U.S. Agent:
U.S. Probation: Grace Flores          U.S. Marshal: D. Punzalan
Interpreter:          Language:

**PROCEEDINGS: Continued Arraignment**
- Law Clerk, Judith Hattori reported to the Court and parties regarding her efforts to contact doctors to evaluate Mr. Palomo.
- Mr. Arens' request to explore the possibilities of alternate psychologists and psychiatrists was granted. Mr. Arens further stated that he will explore other options with the Marshal's office.
- Proceedngs continued to: November 5, 2007 at 10:00 A.M.
- Defendant to remain in custody.

NOTES: