AO 442 (Rev. 10/03) Warrant for Arrest
**FILED**
**DISTRICT COURT OF GUAM**
OCT 30 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

District of _____ Guam

UNITED STATES OF AMERICA

V.

RICARD UNPINGCO PALOMO, JR.

**WARRANT FOR ARREST**

Case Number: CR-07-00092

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Ricardo Unpingco Palomo, Jr. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Count I - False Alarms, 9 GCA §50.20; 18 U.S.C §7(3) & 13
Count II - Unlawful Entry, 18 U.S.C. 1382
Count III - Disorderly Conduct, 9 GCA §61.15(a); 18 U.S.C. §7(3) & 13

**RECEIVED**
SEP 24 2007
US MARSHALS SERVICE-GUAM

in violation of Title _____ United States Code, Section(s) _____

Joaquin V.E. Manibusan, Jr.
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

9/24/2007
Date

Hagatna, Guam
Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Hagatna Guam |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-24-07 | TFO R I Quiclocho | [signature] |
| DATE OF ARREST | | |
| 10-30-07 | | |

**ORIGINAL**

Case 1:07-cr-00092   Document 9   Filed 10/30/2007   Page 1 of 1