**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-07-00092-001  DATE: November 05, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:32:29 - 10:44:55
CSO: D. Quinata

**APPEARANCES:**

Defendant: Ricardo Unpingco Palomo, Jr.  Attorney: Richard Arens
    Present    Custody    Bond    P.R.        Present    Retained    FPD    CJA
U.S. Attorney: Ben Beliles  U.S. Agent:
U.S. Probation: Christopher Duenas  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Continued Arraignment**
- Mr. Arens' oral motion for a court order to have his client receive psychiatric evaluation through the Bureau of Prisons was granted.
- Order to be prepared by: Court.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: