IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00092 |
| Plaintiff, | ) | |
| vs. | ) | |
| RICARDO UNPINGCO PALOMO, JR. | ) | **ORDER** |
| Defendant. | ) | |

On September 24, 2007, the Defendant appeared before the court for an initial appearance on a criminal Complaint. The court appointed the Federal Public Defender as counsel for the Defendant. Assistant Federal Public Defender Richard P. Arens orally requested that a forensic evaluation be conducted on the Defendant to determine whether the Defendant was competent to be proceeded against. The Court then ordered the United States Marshal Service ("USMS") to take the Defendant to the Guam Department of Mental Health and Substance Abuse ("DMHSA") for an appropriate evaluation.

On October 4, 2007, the parties again appeared before the court, and the court advised the parties that it had received a letter from Dr. Laura Post stating that "DMHSA is conflicted from assisting the Court in this particular case." The letter went on to recommend five (5) psychiatrists who could conduct the psychological evaluation of the Defendant. The court's law clerk contacted every psychiatrist on the list and also a psychiatric group that was not on the list but provided mental health services to clients of the United States Probation Office. No one could conduct the examination of the Defendant at this time. The parties were advised of this on October 26, 2007.

1  Mr. Arens requested a short continuance in order to provide him with time to contact
2  other psychologists or psychiatrists who could possibly conduct the forensic examination.  On
3  November 5, 2007, Mr. Arens advised the court that he was unable to obtain the services of a
4  psychiatrist or psychologist to conduct the examination.

5  Since it appears that there is no psychiatrist or psychologist who will perform the
6  necessary examination of the Defendant, the Court has no other option but to send the
7  Defendant off-island for such an examination.  Accordingly, since the Defendant has been
8  remanded to the custody of the USMS, the Court hereby ORDERS the USMS to transport the
9  Defendant to an appropriate Bureau of Prisons facility so that an appropriate psychiatric or
10 psychological examination can be conducted forthwith on the Defendant.  Pursuant to 18 U.S.C.
11 § 4247(b) and (c), a psychiatric or psychological report shall promptly thereafter be filed with
12 the court to aid it in determining whether the Defendant may presently be suffering from a
13 mental disease or defect rendering him mentally incompetent to the extent that he is unable to
14 understand the nature and consequences of the proceedings against him or to assist properly in
15 his defense.

16 IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Nov 06, 2007**