

U. S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

535 N. Alameda Street
Los Angeles, CA 90012

January 2, 2008

The Honorable Joaquin V.E. Manibusan, Jr.
United States Magistrate Judge
District of Guam
3rd Floor U.S. Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JAN 1 1 2008
JEANNE G. QUINATA
Clerk of Court

RE: Palomo, Ricardo Upingco
    Reg. No.: 02810-093
    Case No.: 07-00092

Dear Judge Manibusan:

In accordance with your court order dated November 6, 2007, Mr. Palomo has been committed to the Metropolitan Detention Center, Los Angeles, California, for a period of study to determine whether the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequence of the proceedings against him or to assist properly in his defense. Due to a high volume of forensic cases designated to the Metropolitan Detention Center, the study period would end on February 1, 2008. The evaluation will be sent on or before February 15, 2008.

If the Court has questions or comments regarding the evaluation, please contact Dr. Ralph Ihle at (213) 485-0439, ext. 5437. If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

Michael L. Benov
Warden