

U. S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

535 N. Alameda Street
Los Angeles, CA 90012

March 13, 2008

The Honorable Joaquin V.E. Manibusan, Jr.
United States Magistrate Judge
District of Guam
3rd Floor U.S. Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910

FILED
DISTRICT COURT OF GUAM
APR 0 2 2008
JEANNE G. QUINATA
Clerk of Court

RE: Palomo, Ricardo Unpingo
    Reg. No.: 02810-093
    Case No.: 07-00092

Dear Judge Manibusan:

Mr. Palomo has been committed to the Metropolitan Detention Center, Los Angeles, California, for a period of study to determine whether the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequence of the proceedings against him or to assist properly in his defense. Due to unforseen circumstances and a high volume of cases, the completion of the report has been delayed. In revising report completion estimates, it is anticipated that the report on the above captioned case will be completed by April 4, 2008.

If the Court has questions or comments regarding the evaluation, please contact Dr. Ralph Ihle at (213) 485-0439, ext. 5437. If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

Michael L. Benov
Warden

RECEIVED
APR 0 2 2008
MAGISTRATE JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM