IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00092 |
| Plaintiff, | ) | |
| vs. | ) | |
| RICARDO UNPINGCO PALOMO, JR. | ) | **ORDER** |
| Defendant. | ) | |

On November 6, 2007, the court ordered the United States Marshal Service ("USMS") to transport the Defendant to an appropriate Bureau of Prisons facility so that a psychiatric or psychological examination could be conducted and a report filed to aid the court in determining whether the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See Docket No. 11.

On April 10, 2008, the court received a letter from Warden Michael L. Benov along with the Forensic Evaluation report. A copy of the letter and report are attached this order. Pursuant to the E-Government Act of 2002, however, said letter and report are hereby ordered to be maintained under seal until further order of the court.

///
///
///
///
///

1  Based upon the opinions expressed in the report and letter, the court hereby schedules
2  this matter for a status hearing and arraignment on Friday, May 2, 2008, at 1:30 p.m.  The
3  United State Marshal Service is directed to transport the Defendant back to Guam forthwith so
4  as to permit him to be present for the status hearing/arraignment.
5  IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
     **U.S. Magistrate Judge**
**Dated: Apr 14, 2008**