# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00092     DATE: May 02, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio     Electronically Recorded: 1:52:26 - 2:01:23

---

**APPEARANCES:**

Defendant: Ricardo Unpingco Palomo, Jr.,     Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Kurt E. Grunawalt     U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:     Language:

---

**PROCEEDINGS: Status Hearing and Arraignment**
- Defendant waives reading of Information.
- Court finds that by preponderance of the evidence that the defendant is able to understand the nature and consequence of the proceedings against him.
- Defendant orally consented to waive trial, judgment and sentencing by the District Judge.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Scheduling Order executed.
- Trial set for July 1, 2008 at 9:30 a.m.
- Court orders that the defendant be placed in isolation well detained, except from his brother.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Detention hearing requested by Defendant is set for May 9, 2008 at 10:15 a.m.

NOTES: