# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00092                    DATE: May 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori              Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 10:18:44 - 10:22:38

**APPEARANCES:**
Defendant: Ricardo Unpingco Palomo, Jr.   Attorney: Richard Arens
☑Present ☑Custody ☐Bond ☐P.R.            ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Kurt Grunawalt                                U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:                                                 Language:

**PROCEEDINGS: Detention Hearing**
- Government had no oppposition to defendant's third-party release.
- Defendant released with conditions.

NOTES: