IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00092 |
| Plaintiff, | ) | |
| vs. | ) | |
| RICARDO UNPINGCO PALOMO, JR. | ) | **ORDER** |
| Defendant. | ) | |

On June 17, 2008, a Plea Agreement was filed herein. See Docket No. 22. In light of the parties' intent to resolve this matter without the need for trial, the court hereby vacates the pretrial conference and hearing on all motions presently set for June 24, 2008.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 23, 2008