**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-07-00092　　　　　　　　　　　　DATE: June 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 8:30:51 - 8:45:53

**APPEARANCES:**
Defendant: Ricardo Unpingco Palomo, Jr.　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kurt Grunawalt　　　　　　　U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to plea agreement.
- Defendant sworn and examined.
- Plea entered: Guilty to Count I
- Plea: Accepted.
- Sentencing set for: September 23, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: August 19, 2008
- Response to Presentence Report: September 2, 2008
- Final Presentence Report due to the Court: September 16, 2008
- Defendant released with amended conditions.

NOTES: